|   |   |
|---|---|
| UNITED STATES DISTRICT COURT | |
| DISTRICT OF NEVADA | |
| KEVIN KENNEDY, | Case No. 2:21-cv-01358-RFB-DJA |
| Plaintiff, | **ORDER** |
| v. | |
| SHELLY WILLIAMS, *et al.*, | |
| Defendants. | |

### I.  DISCUSSION

On March 8, 2022, the Court issued an order screening Plaintiff's complaint pursuant to 28 U.S.C. § 1915A.  (ECF No. 24.)  The screening order allowed some claims to proceed but dismissed other claims with or without prejudice.  (*Id.* at 15.)  The Court also denied Plaintiff's motions for preliminary injunction without prejudice.  (*Id.* at 14.)

On March 23, 2022, Plaintiff filed a motion for reconsideration.  (ECF No. 26.)  In the motion, Plaintiff asked the Court to reconsider the dismissal of certain claims under Heck v. Humphrey, 512 U.S. 477 (1994).  On May 26, 2022, Plaintiff filed a motion to "voluntarily dismiss" his motion for reconsideration.  (ECF No. 37.)  The Court construes this as motion to withdraw Plaintiff's motion for reconsideration.  The Court grants Plaintiff's motion and, as such, denies Plaintiff's motion for reconsideration.

### II.  CONCLUSION

For the foregoing reasons, it is ordered that the Court grants Plaintiff's motion (ECF No. 37) to withdraw his motion for reconsideration.

It is further ordered that in light of Plaintiff's request to withdraw his motion for reconsideration (ECF No. 26), the Court denies the motion for reconsideration.

DATED THIS 2nd day of June 2022.



United States District Judge