UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Kevin Kennedy,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>Shelly Williams, et al.,<br><br>　　　　　　Defendants. | Case No. 2:21-cv-01358-RFB-DJA<br><br>**Order** |

　　　Before the Court is Plaintiff Kevin Kennedy's motion for case docket sheet and court transcripts (ECF No. 91), motion for court order or subpoena (ECF No. 92), and motion regarding the disposition of Plaintiff's motions (ECF No. 94).

　　　The Court grants in part and denies in part Plaintiff's motion for case docket sheet and court transcripts. (ECF No. 91). In his motion, Plaintiff requests a copy of the docket sheet and of the transcript of the January 23, 2025, hearing in which the Honorable District Judge Richard F. Boulware granted Defendants' motion to dismiss and designated the transcript as the order (ECF No. 90). The Court ordinarily cannot provide free copies even to indigent plaintiffs proceeding *in forma pauperis*. *See Jackson v. Philson*, No. 3:20-cv-00009-GMN-CLB, 2020 WL 9888358, at *1 (D. Nev. Sept. 28, 2020). However, the Court will grant Plaintiff's request in part and send him a free copy of the docket sheet along with a copy of the transcript order form used by this Court and its instructions to facilitate his ordering of the January 23, 2025, hearing transcript. The Court will further order that Plaintiff need not email his order form directly to the court reporter for that hearing, but may mail it.

　　　The Court grants in part and denies in part Plaintiff's motion for court order or subpoena. (ECF No. 92). Plaintiff explains that he requires a subpoena to obtain records from the prison so that he might identify the Doe defendants in this case. The Court grants this request. Under Federal Rule of Civil Procedure 45(a)(3), the clerk "must issue a subpoena, signed but otherwise

in blank, to a party who requests it. That party must complete it before service." So, the Court will direct the Clerk of Court to issue a subpoena, signed but otherwise in blank, to Plaintiff. The remainder of Plaintiff's motion raises the facts and procedural history of his case. Because Plaintiff does not otherwise seek actionable relief in these portions of his motion, the Court denies his motion in part to the extent he seeks relief through these portions.

Because the Court decides Plaintiff's motions through this order, it denies his motion for disposition of these motions as moot. (ECF No. 94).

Finally, the deadline by which Plaintiff must file an amended complaint naming the Defendant John Doe 1 for his remaining claim alleging denial of access to the Court is March 24, 2025. (ECF No. 90). Because Plaintiff has had difficulty determining this defendant's identity, and has filed motions in an attempt to do so before the deadline, the Court finds good cause to *sua sponte* extend this deadline. *See* Fed. R. Civ. P. 6(b).

**IT IS THEREFORE ORDERED** that Plaintiff's motion for case docket sheet and court transcripts (ECF No. 91) is **granted in part and denied in part.** It is granted in part regarding Plaintiff's request that the Court send him a copy of the docket sheet. It is denied in all other respects.

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to send Plaintiff a copy of the docket sheet and a copy of the transcript order form and its instructions.[1]

**IT IS FURTHER ORDERED** that, to request transcripts, Plaintiff must fill out the transcript order form and mail it to the below address.

Patricia Ganci<br>
333 Las Vegas Blvd South<br>
Las Vegas, NV 89101

---

[1] A copy of this form and its instructions can be found online at https://www.nvd.uscourts.gov/case-information/ordering-transcripts/

**IT IS FURTHER ORDERED** that Plaintiff's motion for court order or subpoena (ECF No. 92) is **granted in part and denied in part.** It is granted in part regarding Plaintiff's request for a subpoena. It is denied in all other respects.

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to issue a subpoena, signed but otherwise in blank, to Plaintiff. Plaintiff must complete the subpoena before service.

**IT IS FURTHER ORDERED** that Plaintiff's motion for disposition of his other motions (ECF No. 94) is **denied as moot.**

**IT IS FURTHER ORDERED** that Plaintiff shall have until **May 23, 2025,** to file his amended complaint identifying Defendant John Doe 1.

DATED: March 24, 2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE